# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 10-cr-00077-DME

UNITED STATES OF AMERICA,

       Plaintiff,

v.

PETER MAISEL, JR.,

       Defendant.

---

## ORDER SETTING CHANGE OF PLEA HEARING

---

A Notice of Disposition was filed in the above matter on March 2, 2010.

IT IS ORDERED THAT A Change of Plea hearing is set for **April 14, 2010, at 10:00 a.m. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Ebel's chambers AND to the Probation Department no later than <u>noon</u> on April 12, 2010.** <u>If these documents are not timely submitted, the hearing will be vacated.</u> **The original and one copy of these documents should be delivered to Judge Ebel's courtroom deputy in the courtroom <u>at the time of the hearing</u>** (*see* **D.C.COLO.LCrR 11.1F). The Court disfavors plea agreements pursuant to F.R.Crim.P. 11(c)(1)(c) since the *Booker* and *FanFan* decisions, and they will only be accepted in certain circumstances.**

IT IS FURTHER ORDERED that the Final Trial Preparation Conference, set for April 14, 2010, and the four-day jury trial in this matter, set to commence April 19, 2010, are VACATED.

DATED: March 4, 2010

BY THE COURT:

*s/ David M. Ebel*
_____
David M. Ebel
United States Circuit Judge